UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Patrick William Agee Jr.,

    Petitioner,

    v.

Ross Correctional Institution,

    Respondent.

Case No. 2:24-cv-4289

Judge Michael H. Watson

Magistrate Judge Merz

### ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") in this case, recommending the Court dismiss Petitioner's Petition for a writ of habeas corpus as untimely. R&R, ECF No. 16. The R&R notified Petitioner of his right to object to that recommendation, of the deadline to do so, and of the consequences for failing to object. *Id.* at 3. The deadline (plus a significant amount of time to account for the prison mail system) has passed, and Petitioner failed to object. Accordingly, the Court **ADOPTS** the R&R, without conducting a *de novo* review, and **DISMISSES** the Petition as untimely. Because reasonable jurists would not disagree with this conclusion, the Court further **DENIES** Petitioner a certificate of appealability and **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*. The Clerk shall enter judgment for Respondent and terminate this case.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT